## SCHEDULE A

| Copyright Reg. No. | Title of Work | Author of Work |
|---|---|---|
| PA 0001072560 | WarCraft III : Reign of Chaos | Blizzard Entertainment, Inc. |
| PA 0001082161 | WarCraft III : Reign of Chaos | Blizzard Entertainment, Inc. |
| PA 0001146503 | WarCraft : the Frozen Throne expansion set | Blizzard Entertainment, Inc. |
| PA 0001225976 | Warcraft, the Frozen Throne expansion set. By Blizzard Entertainment, Inc. | Blizzard Entertainment, Inc. |
| PA 0001247131 | World of Warcraft | Blizzard Entertainment, Inc. |
| PA 0001333913 | World of Warcraft: The Burning Crusade | Blizzard Entertainment, Inc. |
| PA 0001711157 | World of Warcraft: Cataclysm | Blizzard Entertainment, Inc. |
| PA 0001225976 | Warcraft, the Frozen Throne expansion set By Blizzard Entertainment, Inc. | Blizzard Entertainment, Inc. |
| PA 0001806462 | WORLD OF WARCRAFT: Mists of Pandaria (video game) | Blizzard Entertainment, Inc. |
| PA 0001932646 | WORLD OF WARCRAFT: Warlords of Draenor | Blizzard Entertainment, Inc. |
| PA 0001611882 | WORLD OF WARCRAFT: WRATH of the LICH KING | Blizzard Entertainment, Inc. |
| PA 0002002179 | World of Warcraft: LEGION | Blizzard Entertainment, Inc. |
| PA 0001867193 | HEARTHSTONE: Heroes of Warcraft | Blizzard Entertainment, Inc. |
| PA 0001951722 | HEROES OF THE STORM STARTER PACK. | Blizzard Entertainment, Inc. |