1  MARC E. MAYER (SBN 190969), mem@msk.com
   MARK C. HUMPHREY (SBN 291718), mxh@msk.com
2  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
3  Los Angeles, CA  90067-3120
   Telephone:  (310) 312-2000
4  Facsimile:   (310) 312-3100

5  Attorneys for Plaintiff
   Blizzard Entertainment, Inc.
6

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10                    SOUTHERN DIVISION

11

| 12 | BLIZZARD ENTERTAINMENT, INC., | CASE NO.  8:19-cv-1582 |
|---|---|---|
| 13 | Plaintiff, | **CERTIFICATION AS TO INTERESTED PARTIES** |
| 14 | v. | |
| 15 | JOYFUN INC CO., LIMITED a/k/a SINA GAMES OVERSEAS (新浪游戏海外), a company organized under the laws of Hong Kong; ZROAD (HONGKONG) CO., LIMITED d/b/a INSTANTFUNS, a company organized under the laws of Hong Kong; INTELLIGENT JOYFUL INTERNATIONAL LIMITED, a company organized under the laws of the British Virgin Islands; ZROAD, INC., a company organized under the laws of the British Virgin Islands; SHANGHAI ZHOUZHONG NETWORK TECHNOLOGY CO., LTD. (上海洲众网络科技有限公司),  a company organized under the laws of China; SHANGHAI YINFAN NETWORK TECHNOLOGY CO., LTD. (上海茵繁网络科技有限公司), a company organized under the laws of China; WANG HAO (王昊) a/k/a HOWELL WANG, an individual; LUTONG ZHOU a/k/a CARLY ZHOU, an individual; DOE 1 a/k/a "simosimo2018ab@gmail.com;" DOE 2 a/k/a SIMDEV; and DOES 3 through 10, inclusive, | [Local Rule 7.1-1; Fed. R. Civ. Pro. 7.1] |
| 27 | Defendants. | |

28

Mitchell
Silberberg &
Knupp LLP

Pursuant to Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Blizzard Entertainment, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Blizzard Entertainment, Inc., a Delaware corporation.
2. Activision Blizzard, Inc., a publicly traded company, is the ultimate parent of Plaintiff Blizzard Entertainment, Inc.

DATED: August 16, 2019

MARC E. MAYER
MARK C. HUMPHREY
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ *Marc E. Mayer*
Marc E. Mayer
Attorneys for Plaintiff
Blizzard Entertainment, Inc.

Mitchell Silberberg & Knupp LLP