|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., | CASE NO. 8:19-cv-01582 JVS (DFMx) |
| Plaintiff, | Honorable James V. Selna |
| v. | |
| JOYFUN INC CO., LIMITED a/k/a SINA GAMES OVERSEAS (新浪游戏海外), a company organized under the laws of Hong Kong; ZROAD (HONGKONG) CO., LIMITED d/b/a INSTANTFUNS, a company organized under the laws of Hong Kong; INTELLIGENT JOYFUL INTERNATIONAL LIMITED, a company organized under the laws of the British Virgin Islands; ZROAD, INC., a company organized under the laws of the British Virgin Islands; SHANGHAI ZHOUZHONG NETWORK TECHNOLOGY CO., LTD. (上海洲众网络科技有限公司), a company organized under the laws of China; SHANGHAI YINFAN NETWORK TECHNOLOGY CO., LTD. (上海茵繁网络科技有限公司), a company organized under the laws of China; WANG HAO (王昊) a/k/a HOWELL WANG, an individual; LUTONG ZHOU a/k/a CARLY ZHOU, an individual; DOE 1 a/k/a "simosimo2018ab@gmail.com;" DOE 2 a/k/a SIMDEV; and DOES 3 through 10, inclusive, | **ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO TAKE LIMITED IMMEDIATE DISCOVERY** |
| Defendants. | |

**ORDER**

On September 17, 2019, Plaintiff Blizzard Entertainment, Inc. filed an *ex parte* Application for Leave to Take Limited Immediate Discovery (the "Application"). Having considered the papers, arguments, and all other matters presented to the Court, and for good cause appearing, it is hereby **ORDERED**:

1. Plaintiff's Application is hereby **GRANTED** in its entirety;
2. Plaintiff is hereby granted leave to serve the subpoenas that are attached to the declaration in support of the Application.

**IT IS SO ORDERED.**

DATED: September 19, 2019

_____
Hon. James V. Selna
United States District Judge

2