# Exhibit 1

# Exemplar Comparison Images

# Glorious Saga: Jaina Proudmoore

# Warcraft Universe: Jaina Proudmoore





# Glorious Saga: Jaina Proudmoore Spells

# Warcraft Universe: Mage Spells





# Glorious Saga: Vanessa

# Warcraft Universe: Vanessa VanCleef





# Glorious Saga: Azshara

# Warcraft Universe: Sylvanas Windrunner







# Glorious Saga: Orc Warlock

# Warcraft Universe: Gul'dan





# Glorious Saga: Malfurion

# Warcraft Universe: Malfurion Stormrage





# Glorious Saga: Icehowl

# Warcraft Universe: Icehowl





# Glorious Saga: Archimonde

# Warcraft Universe: Archimonde





# Glorious Saga: General Umbriss    Warcraft Universe: General Umbriss





# Glorious Saga: Mobile Home Page

# Warcraft Universe: Hellscream by Wei Wang





# Glorious Saga: Hoptallus

# Warcraft Universe: Hoptallus





# Glorious Saga: Mobile Home Page

# Warcraft Universe: Nexus Concept Art





EX 1  PG 48

# Glorious Saga: Dungeon Selection

# Warcraft Universe: Alliance Airship





# Glorious Saga: Dungeon Selection    Warcraft Universe: Stormwind Mage Portal





# Glorious Saga: Dungeon Selection

# Warcraft Universe: Moonkin Hatchling Pet





# Glorious Saga: Event Boss

# Warcraft Universe: The Lich King



# Glorious Saga: Event Boss

# Warcraft Universe: Illidan Stormrage





# Glorious Saga: Wrath Plate Helm

# Warcraft Universe: Judgement Crown







# Glorious Saga: Netherwhelp Pet

# Warcraft Universe: Netherwhelp





# Glorious Saga: Lil' Tarecgosa Pet

# Warcraft Universe: Lil' Tarecgosa Pet





# Glorious Saga: Little Murloc Pet

# Warcraft Universe: Terky Pet





# Glorious Saga: Cinder Kitten Pet        # Warcraft Universe: Cinder Kitten Pet





# Glorious Saga: Mimiron Pet

# Warcraft Universe: Mimiron's Head Mount





# Glorious Saga: Deathsteed Mount

# Warcraft Universe: Rivendare's Deathcharger Mount and Death Coil Spell







EX 1  PG 60

# Glorious Saga: Colorful Raven Mount    Warcraft Universe: Raven Lord Mount





## Glorious Saga: Swift Blue Hawkstrider Mount

## Warcraft Universe: Blue Hawkstrider Mount





# Glorious Saga: Razzashi Raptor Mount

# Warcraft Universe: Armored Razzashi Raptor Mount





## Glorious Saga: Great Turtle Furyshel Mount

## Warcraft Universe: Riding Turtle Mount





# Glorious Saga: Golden King Mount

# Warcraft Universe: Golden King Mount



