DIANA M. RUTOWSKI (SBN 233878)
drutowski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

XIANG WANG (admitted *pro hac vice*)
xiangwang@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
5701 China World Tower A
No.1 Jianguomenwai Avenue
Beijing, 100004
People's Republic of China
Phone: +86 10 8595 5600
Facsimile: +86 10 8595 5700

Attorneys for Defendant
JOYFUN INC CO., LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOYFUN INC CO., LIMITED *et al.*, <br><br> Defendants. | Case No. 8:19-cv-01582-JVS-DFM <br><br> **JOYFUN'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** <br><br> **[LOCAL RULE 7.1-1; FED. R. CIV. PRO. 7.1]** <br><br> Judge: Hon. James V. Selna |

TO THE COURT AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that Joyplay Interactive is a shareholder of Joyfun Inc Co., Limited ("Joyfun"), and Whole Games Inc, Weibo Corporation, and Sina Corporation are indirect shareholders.

Pursuant to Central District of California Local Rule 7.1-1, the undersigned, counsel of record for Joyfun, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Blizzard Entertainment, Inc., the plaintiff in this action
- Joyfun, a named defendant in this action
- Joyplay Interactive, a shareholder of Joyfun
- Wang Hao, a shareholder of Joyfun
- Whole Games Inc, a related entity of Joyfun
- Weibo Corporation, a related entity of Joyfun
- Sina Corporation, a related entity of Joyfun

Dated: November 25, 2019

Orrick, Herrington & Sutcliffe LLP

By: */s/ Diana Rutowski*
DIANA M. RUTOWSKI

Attorneys for Defendant
JOYFUN INC CO., LIMITED