**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES CLOSING

Case No   SACV 19-01582JVS(DFMx)                          Date: January 27, 2021

Title: Blizzard Entertainment, Inc v Joyfun Inc Co, et al

Present   JAMES V. SELNA, United States District Court Judge

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| Not Present | Not Present |

Proceedings:        ☐ In Court        X In Chambers        ☐ Counsel Notified

☐   Case previously closed in error.  Make JS-5.

X   Case should have been closed on entry #96, dated October 16, 2020..  Make JS-6.

☐   Case settled but may be reopened if settlement is not finalized within     days.  Make JS-6.

☐   Other:                          .

☐   Entered                         .

CV-74 (08/97)                                      Initials by Deputy Clerk    lmb